ACCEPTED
15-24-00116-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/7/2025 4:56 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00116-CV**

In the Fifteenth District Court of Appeals, Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/7/2025 4:56:51 PM
CHRISTOPHER A. PRINE
Clerk

ARNULFO CORTEZ, JR., HOMERO R. BALDERAS, BRIAN D. NIPPER, MARK F. VAN ROSENDAEL, AND BRYAN K. HUGGHINS,
*Appellants,*

v.

TEXAS COMMISSION ON LAW ENFORCEMENT, GREGORY STEVENS IN HIS CAPACITY AS THE EXECUTIVE DIRECTOR OF THE TEXAS COMMISSION ON LAW ENFORCEMENT, JOHN BEACHAMP IN HIS OFFICIAL CAPACITY AS COUNSEL FOR TEXAS COMMISSION ON LAW ENFORCEMENT AND T.J. VINEYARD, IN HIS OFFICIAL CAPACITY AS MAJOR FOR TEXAS COMMISSION ON LAW ENFORCEMENT,
*Appellees.*

On Appeal from the 455th District Court of Travis County, Texas
The Honorable Daniella Deseta Lyttle, Presiding

**APPELLEE'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Appellees respectfully request a 30-day extension of time to Friday, February 22, 2025, in which to file their brief in the captioned appeal. In support, Appellees would show the Court as follows:

1. Appellees' brief is current due on Wednesday, January 22, 2025.

2. Counsel for Appellees was ill over the holiday break and has a trial set in a different case on Monday, January 13, 2025.

3. This motion is not interposed for the purpose of delay, but only to allow Counsel for Appellees time to adequately prepare and file a brief.

4. Appellants' counsel has stated he is not opposed to this request.

Appellees therefore respectfully request an extension of time to and including Friday, February 22, 2025, in which to file and serve its brief in the captioned appeal.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Lauren McGee*

LAUREN MCGEE
Assistant Attorney General
State Bar No. 24128835
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3203
Lauren.McGee@oag.texas.gov

*Attorneys for Appellees*

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 7, 2025, I contacted counsel for Appellants and that counsel stated that he does not oppose Appellee's Motion for Extension of Time to File Brief.

## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the 7th day of January 2025:

George E. Hyde
Texas Bar No. 45006157
ghyde@txlocalgovlaw.com
Matthew L. Weston
Texas Bar No. 24037698
mweston@txlocalgovlaw.com
HYDE KELLEY LLP
2806 Flintrock Trace, Suite A 104

Austin, Texas 78738
Telephone: (512) 686-0700

*Attorneys for Appellants*

                                    */s/ Lauren McGee*
                                    LAUREN MCGEE
                                    Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lauren McGee on behalf of Lauren McGee
Bar No. 24128835
lauren.mcgee@oag.texas.gov
Envelope ID: 95961069
Filing Code Description: Motion
Filing Description: TCOLE MET
Status as of 1/7/2025 5:04 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| George Hyde | 45006157 | ghyde@txlocalgovlaw.com | 1/7/2025 4:56:51 PM | SENT |
| Matthew Weston | 24037698 | mweston@txlocalgovlaw.com | 1/7/2025 4:56:51 PM | SENT |
| Lauren McGee | 24128835 | Lauren.mcgee@oag.texas.gov | 1/7/2025 4:56:51 PM | SENT |

Associated Case Party: TEXAS COMMISSION ON LAW  ENFORCEMENT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 1/7/2025 4:56:51 PM | SENT |

Associated Case Party: City of Cibolo

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Wilhelm | | vwilhelm@txlocalgovlaw.com | 1/7/2025 4:56:51 PM | SENT |
| Lauren Fogerty | | lfogerty@txlocalgovlaw.com | 1/7/2025 4:56:51 PM | SENT |